# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LORENZO GRAHAM, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:12-CV-00151-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMIE HESS and JOHN FLEMMING, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2014, Order.

April 28, 2014

Frank G. Johns, Clerk
United States District Court